UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JAY DEE SCOTT,**

    **Plaintiff,**

**v.**                                                                         **Case No: 5:14-cv-505-Oc-22PRL**

**ADVANTAGE SALES & MARKETING LLC**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' stipulated motion for entry of a Confidentiality Order. (Doc. 21). The parties have submitted a copy of their proposed Confidentiality Order (Doc. 21-1) and the Court has reviewed it. The Court is unable to enter the Order as drafted because it improperly provides that the Court will retain jurisdiction to enforce the Order after the conclusion of the case. (Doc. 21-1 at ¶11). Accordingly, the parties' motion (Doc. 21) is **DENIED without prejudice** to renewal upon the submission of a revised Confidentiality Order that does not contain this inappropriate provision.

**DONE** and **ORDERED** in Ocala, Florida on March 10, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties